FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FEB 14 2022

RECEIVED
US DISTRICT COURT

# UNITED STATES DISTRICT COURT
### for the

2022 FEB 14 A 9:25

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

TAMMY H DOWNS

| | |
|---|---|
| Craytonia Badger #162710 <br> *Petitioner* | ) ) ) ) ) |
| v. | ) ) **Case No.** 2:22-cv-00027-DPM-PSH <br> *(Supplied by Clerk of Court)* |
| | ) ) |
| The Bureau of Prisons <br> *Respondent* <br> *(name of warden or authorized person having custody of petitioner)* | ) ) |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.   (a) Your full name: Craytonia Badger

      (b) Other names you have used: _____

2.   Place of confinement:

      (a) Name of institution: East Arkansas Regional Unit

      (b) Address: P.O Box 970

            Marianna, AR 72360

      (c) Your identification number: #162710

3.   Are you currently being held on orders by:

      ☑ Federal authorities      ☑ State authorities      ☐ Other - explain:

      This case assigned to District Judge Marshall

4.   Are you currently:                              and to Magistrate Judge Harris

      ☐ A pretrial detainee (waiting for trial on criminal charges)

      ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

            If you are currently serving a sentence, provide:

                  (a) Name and location of court that sentenced you: U.S.D.C. Northern District of Mississippi

                  (b) Docket number of criminal case: _____

                  (c) Date of sentencing: January 25, 2017

      ☐ Being held on an immigration charge

      ☐ Other *(explain):* _____

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.     What are you challenging in this petition:

☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

_____

6.     Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:  Federal B              of Prison

(b)  Docket number, case number, or opinion number: _____

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

Petitioner is challenging that his federal sentence should have commence on the date he paid his $100.⁰⁰ special assessment fee's

(d)  Date of the decision or action:  B.O.P has not order a Nunc Tunc Designation.

## Your Earlier Challenges of the Decision or Action

7.     **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes          ☑ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

(b) If you answered "No," explain why you did not appeal: Petitioner is not in federal custody and has no access to federal administrative remedy tools for exhaustion. purpose.

8.   **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❏ Yes          ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9.   **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❏ Yes          ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: 2255 motion is inadequate in this proceeding, wherein the petitioner is seeking to enforce a concurrent sentence base on the district court's judgment.

_____

_____

_____

_____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                ☑ No

If "Yes," provide:

(a)    Date you were taken into immigration custody: _____

(b)    Date of the removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes                ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☑ No

If "Yes," provide:

(a)  Kind of petition, motion, or application: _____

(b)  Name of the authority, agency, or court: _____

_____

(c)  Date of filing: _____

(d)  Docket number, case number, or opinion number: _____

(e)  Result: _____

(f)  Date of result: _____

(g)  Issues raised: _____

_____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** The Federal Sentencing Court Ordering The Petitioner's To Pay $100 Special Assessment Fee Immediately Authorized The B.O.P To Run The Petitioner's Sentence Concurrent with Petitioner's STATE Sentence.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The United States District court for Northern mississippi on January 25, 2017 ordered the Petitioner to immediately pay, rather than later, a $100.⁰⁰ special assessment fee.

See, Grand one continuing →

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes            ☐ No

**GROUND TWO:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes            ☐ No

**GROUND THREE:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes            ☐ No

                                                              **Craytonia Badger**

## CONTINUING FROM GROUND ONE

On or about October 20,2020, Petitioner sent a institutional check in the amount of $100 to pay his special assessment fee. The check was mailed to the Clerk of Court for United States District Court of Northern Mississippi. <u>See Check Receipt Attached</u>

Petitioner state because the district court ordered his $100 special assessment fee to be paid immediately, his federal sentence was to start running immediately or on the date he paid the $100.00 special assessment fee.

In support of his argument, Petitioner's cites:

United States v. Bass, 310 .F.3d. 321, 330 (5th Cir. 2001.)

In this case, the Fifth Circuit Court of Appeal in which was the jurisdiction Petitioner was convicted and sentenced in ruled that the special assessment fee when ordered by the District Court constitute as a punishment. Since the special assessment fee constitute as a punishment under Fifth Circuit law and when the District Court ordered the fee to be paid immediately, the District Court was authorizing B.O.P to credit Petitioner's sentence from the date the special assessment fee were ordered to be paid immediately, or from the date the special assessment fee were actually paid by the Petitioner, despite the District Court ordering that Petitioner sentence shall run consecutive with any remaining time left on Columbia County case number 2015-177. **WHEREFORE**, Petitioner is asking this court to order B.O.P to designate the Arkansas Department of Corrections for service of his federal sentence , and that such

designation be retroactively back dated to the date Petitioner was sentence in the United States District Court of Northern Mississippi (January 25,2017) or from the date Petitioner actually paid his $100 special assessment fee.

Any ruling by this court other that what the Petitioner ask the court to do would be in conflict with Fifth Circuit law in which governor's the District Court in which Petitioner was sentence.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: Petitioner is asking the court to order the B.O.P to immediately calculate his sentence as a concurrent sentence base on the court's ruling; ordering and intention to give him a concurrent sentence.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

Jan. 29, 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1/29/22

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Page 10 of 10

Craytonia Badger #168710
East Arkansas Regional Unit
P.O Box 970
Marianna, AR 72360

NEOPOST
02/09/2022
US POSTAGE

Clerk of Court
United States District Court
   For Eastern District of Ark.

600 W. Capitol Avenue
Little Rock, Arkansas 72201-332