IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CRAYTONIA BADGER
ADC #162710                                                          PETITIONER

v.                          No. 2:22-cv-27-DPM

BUREAU OF PRISONS                                                    RESPONDENT

## ORDER

On *de novo* review, the Court adopts the Magistrate Judge Harris's recommendation, *Doc. 14*, and overrules Badger's objection, *Doc. 15*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). To the extent Badger challenges the computation of his federal sentence in this action, his petition is premature and will be dismissed without prejudice. The remaining claims in Badger's petition are meritless and will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2022