# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CRAYTONIA BADGER**                                            **PETITIONER**
**ADC #162710**

v.                                    **No. 2:22-cv-27-DPM**

**BUREAU OF PRISONS**                                    **RESPONDENT**

## JUDGMENT

Badger's challenge to the computation of his federal sentence is dismissed without prejudice.   The remaining claims in his § 2241 petition are dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

26 August 2022